| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>WNI 19-025521<br>Shapiro & DeNardo, LLC<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Christopher A. DeNardo - 250782017<br>Krystin M. Kane - 171402015<br>Kathleen M. Magoon - 040682010<br>Donna L. Skilton - 013072007<br>Charles G. Wohlrab - 016592012<br>Elizabeth L. Wassall - 023211995<br>Jeffrey Rappaport - 003431991<br>Kristen D. Little - 017411997<br>Samantha Gable - 150622016<br>ATTORNEYS FOR WELLS FARGO BANK, N.A. | <br><br>**Order Filed on May 28, 2019 by**<br>**Clerk U.S. Bankruptcy Court**<br>**District of New Jersey** |
| IN RE:<br><br>KIMBERLY J FRANCANO, DEBTOR | CASE NO.: 19-11526-JNP<br><br>JUDGE: HONORABLE JERROLD N. POSLUSNY, JR.<br><br>Chapter: 7 |

## ORDER VACATING STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: May 28, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of SHAPIRO & DENARDO, LLC, Attorneys for WELLS FARGO BANK, N.A. under Bankruptcy Code section 362(d) for relief from the Automatic Stay as to certain real property as hereinafter set forth, and for cause shown,

1. It is ORDERED that the Automatic Stay of Bankruptcy Code section 362(a) is vacated to permit the movant to institute or resume and prosecute to conclusion one or more action(s) in the court (s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant or alternatively to allow movant to pursue alternatives to foreclosure upon the following:

_____    Land and premises commonly known as Lot 50 Block 707 fka Lot 33 Block 704 Commonly Known As 27 W. Cohawkin Road, Clarksboro, New Jersey 08020.

2. It is ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursing other loss mitigation alternative, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property as sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

3. The movant may join the Debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the Debtor, any trustee and other party who entered an appearance on the motion.